UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Pamela M. Baxley, | |
| Plaintiff, | C/A No. 3:05-3030-GRA-JRM |
| v. | ORDER |
| Jo Anne B. Barnhart, Commissioner of Social Security, | (Written Opinion) |
| Defendant. | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff's attorney seeks $4,809.01 in attorney's fees for 30.95 hours at $155.38 per hour, and $12.00 in expenses for certified mailing fees. The government filed a response in support of the petition for attorney's fees.

After a review of the record, Plaintiff's attorney's petition, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded four thousand, eight hundred nine dollars and one cent ($4,809.01) in attorney's fees and twelve dollars ($12.00) in expenses.

IT IS SO ORDERED.

1

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

June __28__, 2006.